**Order entered February 18, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00306-CR

**IVAN ORTIZ MERIDA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-81221-2018**

## ORDER

The State's second motion to extend the time for filing a brief is **GRANTED**. The

State's brief, received on February 7, 2020, is **ORDERED** filed as of the date of this order.


/s/      DAVID L. BRIDGES
         PRESIDING JUSTICE